**Order entered November 28, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01463-CV

## CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH AND CREDIT SUISSE SECURITIES (USA) LLC, Appellants/Cross-Appellees

### V.

## CLAYMORE HOLDINGS, LLC, Appellee/Cross-Appellant

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07858-G**

## ORDER

Before the Court is Claymore Holdings, LLC's, appellee/cross-appellant, November 18, 2016 "unopposed motion for an extension of time to file appellee's brief, cross-appellees' brief, and reply briefs." We **GRANT** the motion.

We **ORDER** Claymore Holdings, LLC's and Credit Suisse AG and Cayman Islands Branch and Credit Suisse Securities (USA) LLCs' briefs be filed no later than December 28, 2016.

We further **ORDER** the parties' reply briefs be filed no later than February 17, 2017.

/s/    CRAIG STODDART
       JUSTICE